UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD A. DILBERT,<br>   Plaintiff,<br>   v.<br>WARDEN R. FISHER,<br>   Defendant. | Case No. 22-01085 EJD (PR)<br>**ORDER OF TRANSER** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint against the Warden at Valley State Prison in Chowchilla, where he is currently incarcerated. Dkt. No. 1 at 1-2. Because defendant resides in and the acts complained of occurred in Madera County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

**Dated:** February 25, 2022

EDWARD J. DAVILA
United States District Judge